UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY AS SUBROGEE OF MILE SQUARE LOFTS, CURANDERISMO, INC. AS TRUSTEE, Plaintiff, | CA 08 146 T |
| v. | Civil Action No. ____________ |
| ASSURANCE COMPANY OF AMERICA, Defendant. | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, defendant Assurance Company of America hereby removes the above-captioned action from the Providence County Superior Court to the United States District Court for the District of Rhode Island. In further support of this Notice of Removal, defendants state as follows:

**The Parties**

1. Plaintiff Indian Harbor Insurance Company as Subrogee of Mile Square Lofts is alleged in the state court complaint to be a foreign corporation authorized to do business in the State of Rhode Island. Upon information and belief, Indian Harbor Insurance Company is organized under the laws of the state of North Dakota and maintains a principal place of business in Connecticut.

2. Defendant Assurance Company of America is a foreign corporation organized under the laws of the state of New York and maintains a statutory home office in New York and a main administrative office or principal place of business in Illinois.

**Nature Of This Action**

3. This is a subrogation action in which Plaintiff seeks to recover from Defendant an unspecified amount for alleged payments Plaintiff made to its insured as a result of a loss sustained to the insured's property on or about March 16, 2006, as well as other relief.

**Jurisdiction and Venue**

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a)(1) in that Plaintiff and Defendants are citizens of different states and, upon information and belief, the amount in controversy exceeds $75,000.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(2) in that a substantial part of the events or omissions giving rise to this action occurred in, and a substantial part of the property that is the subject of this action is situated in, this judicial district.

6. This notice of removal is being filed within 30 days of Defendants' receipt, through service or otherwise, of the summons and complaint, in accordance with 28 U.S.C. § 1446(a).

7. A copy of the summons and complaint mailed to Defendant is attached hereto as Exhibit A. Defendant is not aware of any other pleadings in the state court action.

8. A copy of the Notice of Removal filed on even date herewith with the Providence County Superior Court is attached hereto as Exhibit B.

Dated: April 29th 2008

Respectfully submitted,

Dana M. Horton, of
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: dhorton@rc.com
RI Bar No. 6251

**Certificate of Service**

I hereby certify that on this 29th day of April, 2008, I personally caused a copy of the foregoing Notice of Removal to be served on counsel for Plaintiff via facsimile and via first-class mail, postage pre-paid, addressed as follows:

William O. Monahan, Esq.
Lynn M. Squillace, Esq.
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500 (Telephone)
(617) 227-6700 (Facsimile)

Dana M. Horton, Esq.
RI Bar No. 6251