STATE OF RHODE ISLAND
PROVIDENCE, S.C.

SUPERIOR COURT

INDIAN HARBOR INSURANCE COMPANY
AS SUBROGEE OF MILE SQUARE LOFTS,
CURANDERISMO, INC. AS TRUSTEE

vs.

C.A. NO.: PC-08-1586

ASSURANCE COMPANY OF AMERICA

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Assurance Company of America, named defendant in the above-entitled action, has filed a petition in the United States District Court for the District of Rhode Island for removal of this action thereto. A true and correct copy of the Petition for Removal is attached as Exhibit A.

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446(e), this court "shall proceed no further unless and until the case is remanded."

THE DEFENDANT,
ASSURANCE COMPANY OF AMERICA

By: [signature]

Dana M. Horton, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
RI Bar No. 6251
Tel.: (860) 275-8200
Fax: (860) 275-8299

Dated: April 29th, 2008

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and mailed via first class mail, postage prepaid, on the 29th day of April, 2008, to:

William O. Monahan, Esq.
Lynn M. Squillace, Esq.
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500 (Telephone)
(617) 227-6700 (Facsimile)

Dana M Horton

Dana M. Horton
R.I. Bar No. 6251