AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

### APPEARANCE

Indian Harbor Ins. Co. v. Assurance Co. of America

Case Number: CA 08 146 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Assurance Company of America

I certify that I am admitted to practice in this court.

4/29/2008
Date

[signature]
Signature

Dana M. Horton, Esq. — 6251
Print Name — Bar Number

Robinson & Cole, LLP, 280 Trumbull Street
Address

Hartford — CT — 06103
City — State — Zip Code

(860) 275-8200 — (860) 275-8299
Phone Number — Fax Number