UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY AS SUBROGEE OF MILE SQUARE LOFTS, CURANDERISMO, INC. AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Civil Action No. 1:08-CV-00146-T-LDA |

**STIPULATION**

The parties to the captioned matter hereby stipulate and agree that the Defendant, Assurance Company of America, shall have up to and including May 14, 2008 to answer or otherwise respond to the Plaintiff's Complaint.

THE PLAINTIFF,
INDIAN HARBOR INSURANCE COMPANY
AS SUBROGEE OF MILE SQUARE LOFTS,
CURANDERISMO, INC. AS TRUSTEE
By Its Attorneys,

/s/ William O. Monahan
William O. Monahan, Esq.
RI Bar No. 3444
/s/ Lynn M. Squillace
Lynn M. Squillace, Esq.
RI Bar No. 7586
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500 (Telephone)
(617) 227-6700 (Facsimile)

THE DEFENDANT,
ASSURANCE COMPANY OF AMERICA
By Its Attorneys,

/s/ Dana M. Horton
Dana M. Horton, Esq.
RI Bar No. 6251
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06106
(860) 275-8200 (Telephone)
(860) 275-8299 (Facsimile)

Date: May 2, 2008

**CERTIFICATION**

I hereby certify that on May 2, 2008, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

William O. Monahan, Esq.
RI Bar No. 3444
Lynn M. Squillace, Esq.
RI Bar No. 7586
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109

/s/ Dana M. Horton
Dana M. Horton #6251