UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY AS SUBROGEE OF MILE SQUARE LOFTS, CURANDERISMO, INC. AS TRUSTEE, Plaintiff, | |
| v. | Civil Action No. 1:08-CV-00146-T-LDA |
| ASSURANCE COMPANY OF AMERICA, Defendant. | |

**DEFENDANTS' FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Assurance Company of America (private non-governmental parties), certifies that the named defendant is a subsidiary, affiliate and/or otherwise related to Zurich Financial Services, which is publicly traded.

ASSURANCE COMPANY OF AMERICA

By Their Attorneys:

/s/ Dana M. Horton
Dana M. Horton, of
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: dhorton@rc.com
RI Bar No. 6251

Dated: May 5, 2008

**CERTIFICATION**

I hereby certify that on May 5, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

William O. Monahan, Esq.
RI Bar No. 3444
Lynn M. Squillace, Esq.
RI Bar No. 7586
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109

/s/ Dana M. Horton
Dana M. Horton #6251