# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT
## CIVIL DOCKET SHEET

Case ID: PC-2008-1586 INDIAN HARBOR INSURANCE V ASSURANCE COMPANY

Filing Date: 03-12-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 05-05-2008

Plaintiff: INDIAN HARBOR INSURANCE COMPANY
ID: @10987168

Attorney: WILLIAM MONAHAN
Attorney: LYNN SQUILLACE

Defendant: ASSURANCE COMPANY OF AMERICA
ID: @10987171

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-12-2008 | COMPLAINT FILED | |
| 03-12-2008 | INITIAL FILING FEE | |
| 03-12-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP268228. |
| 03-12-2008 | ENTRY OF APPEARANCE | Affiliated: MONAHAN, WILLIAM O. |
| 03-12-2008 | ENTRY OF APPEARANCE | Affiliated: SQUILLACE, LYNN MARIE |
| 05-05-2008 | NOTICE OF REMOVAL | |
| 05-05-2008 | CASE REMVD TO US DISTRICT CT | CA 08 146T |
| 05-05-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island