UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY AS SUBROGEE OF MILE SQUARE LOFTS, CURANDERISMO, INC. AS TRUSTEE,<br>Plaintiff,<br>v.<br>ASSURANCE COMPANY OF AMERICA,<br>Defendant. | C. A. No.: 1:08-CV-00146-T-LDA |

**NOTICE OF APPEARANCE**

I, William O. Monahan hereby enter my appearance for the above-named Plaintiff, Indian Harbor Insurance Company as Subrogee of Mile Square Lofts, Curanderismo, Inc. as Trustee.

Respectfully submitted,
Plaintiff,
Indian Harbor Insurance Company as Subrogee of Mile Square Lofts, Curanderismo, Inc. as Trustee
By its Attorney,

/s/ William O. Monahan

William O. Monahan, Esquire
RI Bar No.: 3444
MONAHAN & ASSOCIATES, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

Dana M. Horton, Esquire
RI Bar No. 6251
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06106

/s/ William O. Monahan
______________________________
William O. Monahan #3444

Milesquare/NoticeAppearanceWOM