(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Indian Harbor Insurance Co.
a/s/o Mile Square Lofts
Plaintiff(s)

v.

Dkt. No. 1:08-CV-00146-T-LDA

Assurance Co. of America
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Assurance Co. of America hereby moves that Daniel F. Sullivan be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Dana M. Horton
Print Name

Robinson & Cole LLP
Firm and Business Address

280 Trumbull Street

Hartford, CT 06103

RI Bar ID # 6251

Email: dhorton@rc.com

Tel. # 860-275-8200

Fax # 860-275-8299

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

______________________________
District Judge

______________________________
Date

**CERTIFICATION**

I hereby certify that on July 2, 2008, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

William O. Monahan, Esq.
RI Bar No. 3444
Lynn M. Squillace, Esq.
RI Bar No. 7586
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109

/s/ Dana M. Horton
Dana M. Horton #6251