UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDIAN HARBOR INSURANCE COMPANY | : | |
| | : | |
| v. | : | CA 08-146T |
| | : | |
| ASSURANCE COMPANY OF AMERICA | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
July 3, 2008